```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA          :
                                        ORDER
        -v.-                      :
                                        08 CV 0110 (KMK)(GAY)
HOWARD THALER,                    :     S4 04 CR 1204 (KMK)

              Defendant.          :
------------------------------------X

      The Court, having reviewed the Report and Recommendation in this matter of Magistrate Judge George A. Yanthis of November 17, 2010 ("the Report"), and there being no objections thereto,

      IT IS HEREBY ORDERED THAT:

      1.  The Report is accepted and adopted in full.

      2.  The Clerk of the Court shall distribute the balance of the funds deposited into Court by the defendant and any interest thereon (after the distributions made pursuant to this Court's restitution order of October 22, 2010 (entered October 25, 2010)) in equal shares to the following individuals:

      Olivia Brown
      419 East 93rd Street, Apt # 19-D
      New York, NY 10128

      Mavis Roballo
      150 Tryon Avenue, Apt #C-4
      Englewood, NJ 07631

      Charles Best
      1419 Jesup Avenue, Apt #5-G
      Bronx, NY 10452

      Enid Williams
      107 Davis Avenue
      White Plains, NY 10605

Dated:  White Plains, New York
        December 22, 2010

              SO ORDERED:

                                    Honorable Kenneth M. Karas
                                    United States District Judge